IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CR 66

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| VIOLET R. McKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Release to an Inpatient Treatment Program (#18) filed by counsel for Defendant. It appeared to the Court at the call of this matter on for hearing that Defendant was present along with her attorney, Mary Ellen Coleman and the Government was present through Assistant United States Attorney Tom Kent. Mr. Kent advised the Court that the Government did not have any objection to the granting of the motion. After hearing from Mr. Coleman, it appears that good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion for Release to an Inpatient Treatment Program (#18) is **ALLOWED** and the Defendant will be allowed to be released on **December 3, 2014** to attend an inpatient treatment program at FIRST at Blue Ridge, Inc. Upon the completion of the treatment program, the Defendant is to return to this Court on **January 5, 2015 at 9:30 a.m.**

1

for further hearing to determine whether or not Defendant will be allowed to be released on further terms and conditions of release.

Signed: December 4, 2014

Dennis L. Howell
United States Magistrate Judge